**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| E.Z., a Minor, by his Mother and Next )<br>    Friend, NICOLE BRAUN; )<br>NICOLE BRAUN, Individually; )<br>EDWARD ZIEMBA, Individually, )<br>              Plaintiffs, )<br>      v. )<br>                 )<br>THE UNITED STATES OF AMERICA, )<br>VHS WEST SUBURBAN MEDICAL CENTER, )<br>    INC., d/b/a WEST SUBURBAN )<br>    MEDICAL CENTER, a Corporation, )<br>MEGHAN CHILDS, R.N., and )<br>LINDA ANDRUS, R.N. )<br>             Defendants. ) | No. 1:17-cv-00216 |

**NOTICE OF FILING**

TO:    Carmel M. Cosgrave
         Emily L. Berris
         SmithAmundsen, LLC
         150 North Michigan Avenue, Suite 3300
         Chicago, IL 60601
         ccosgrave@salawus.com; eberris@salawus.com;
         jcrews@salawus.com; staylorwhirl@salawus.com

    PLEASE TAKE NOTICE that on August 13, 2019, we electronically filed with the United States District Court, Northern District of Illinois, Eastern Division, ***Reply In Support of Plaintiffs' Motion To Require Compliance With This Court's Order of April 28, 2017 (Document #27) And For Sanctions And A Finding of Contempt of Court Pursuant to FRCP 37(b)(2)(A)(vii) For Violating Protective Order Entered Pursuant To FRCP 26(c)(1)(D),*** a copy of which is hereby served upon you.

                       Respectfully submitted,
                       CLIFFORD LAW OFFICES, P.C.
                       Attorneys for Plaintiffs

                       s/ Keith A. Hebeisen_____
                       Keith A. Hebeisen (#6185378)
                       CLIFFORD LAW OFFICES, P.C.
                       120 North LaSalle, 31st Floor
                       Chicago, Illinois 60602
                       (312) 899-9090
                       kah@cliffordlaw.com

## CERTIFICATE OF SERVICE

The undersigned, an Attorney for Plaintiffs, hereby certifies that on August 13, 2019 in accordance with Fed. R.Civ. P.5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

***REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO REQUIRE COMPLIANCE WITH THIS COURT'S ORDER OF APRIL 28, 2017 (DOCUMENT #27) AND FOR SANCTIONS AND A FINDING OF CONTEMPT OF COURT PURSUANT TO FRCP 37(b)(2)(A)(vii) FOR VIOLATING PROTECTIVE ORDER ENTERED PURSUANT TO FRCP 26(c)(1)(D)***

was served via email upon the following parties:

***Attorney for Defendant, VHS WEST SUBURBAN MEDICAL CENTER, INC., d/b/a WEST SUBURBAN MEDICAL CENTER, a Corporation***,
Carmel M. Cosgrave
Emily L. Berris
SmithAmundsen, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
ccosgrave@salawus.com; eberris@salawus.com
jcrews@salawus.com; staylorwhirl@salawus.com

s/ Keith A. Hebeisen
Keith A. Hebeisen  (# 6185378)
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle, 31st Floor
Chicago, Illinois 60602
(312) 899-9090
kah@cliffordlaw.com